SEPTEMBER 24, 1986

No. A–35.   MELENDEZ-CARRION ET AL. v. UNITED STATES. Application for release from pretrial confinement, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–69.   BARONOWSKI v. SECRETARY OF THE TREASURY ET AL.   C. A. 5th Cir.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–93 (86–182).   POLYAK v. BUFORD EVANS & SONS. C. A. 6th Cir.   Application for stay of mandate, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–94 (85–1991).   IN RE POLYAK.   Application for recall, stay, and other relief, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–223 (86–5544).   WELCOME v. BLACKBURN, WARDEN. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–558.   IN RE DISBARMENT OF MISHKIN.   Disbarment entered.   [For earlier order herein, see ante, p. 1018.]

No. D–572.   IN RE DISBARMENT OF CHASE.   It is ordered that Sydney J. Chase, of Plainview, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–184.   STRINGFELLOW ET AL. v. CONCERNED NEIGHBORS IN ACTION ET AL.   C. A. 9th Cir.   [Certiorari granted, 476 U. S. 1157.]   Motion of the Solicitor General for divided argument granted.

No. 85–495.   ANSONIA BOARD OF EDUCATION ET AL. v. PHILBROOK ET AL.   C. A. 2d Cir.   [Certiorari granted, 474 U. S. 1080.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.